**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7390

OCARY BRAITHWAITE,

              Plaintiff – Appellant,

        v.

GEORGE M. HINKLE, Warden (GRCC); THOMPSON, Dr., Medical
Physician; D. SPEARS, Nurse; BENJAMIN ELLIS, Medical
Physician; MR. GERARD F. BOYLE, CEO, Prison Health Srv.,

              Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:09-cv-00879-TSE-JFA)

Submitted:  January 25, 2011          Decided:  February 24, 2011

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ocary Braithwaite, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellant George M.
Hinkle.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ocary Braithwaite appeals the district court's order granting summary judgment to George Hinkle and dismissing his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Braithwaite v. Hinkle, No. 1:09-cv-00879-TSE-JFA (E.D. Va. filed Sept. 20, 2010 & entered Sept. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED